390 P.2d 290

**U. E. DEEN and C. A. Deen, Petitioners,**

**v.**

**Kermit E. NASH, District Judge, Fifth Judicial District, in and for Lea County, New Mexico, Respondent.**

**No. 7603.**

Supreme Court of New Mexico.

March 25, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.